O    JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ, | Case No. CV 19-00802-JGB (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| C. KOENIG, | |
| Respondent. | |

Pursuant to the Court's Order of Summary Dismissal Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of jurisdiction.

Date: April 30, 2019

JESUS G. BERNAL
United States District Judge